UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHANNON WILLIAMS,                              ) | |
|                    Plaintiff,                           ) | |
| -v-                                                          ) | No. 1:19-cv-826 |
|                                                                ) | |
|                                                                ) | Honorable Paul L. Maloney |
| NORTH LANSING OPCO, LLC, d/b/a  ) | |
| THE MEDILODGE GROUP, INC.,           ) | |
|                    Defendant.                        ) | |
|                                                                ) | |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 44), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  May 24, 2021                                         /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      United States District Judge